second-degree murder, and armed criminal action for acting in concert with another.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**David D. EWING, Appellant.**

**No. WD 75090.**

Missouri Court of Appeals, Western District.

June 11, 2013.

Rosemary Percival, Kansas City, MO, for Appellant.

Richard Starnes, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and MARK D. PFEIFFER, JJ.

### ORDER

PER CURIAM:

David D. Ewing appeals from a judgment entered upon a jury verdict convicting him of one count of murder in the second degree, one count of assault in the first degree, and two counts of armed

criminal action. We affirm. Rule 30.25(b).

**Ellen Rochelle BUTTERCASE, Appellant,**

v.

**John Richard BUTTERCASE, Respondent.**

**No. WD 75210.**

Missouri Court of Appeals, Western District.

June 11, 2013.

Craig D. Ritchie and Jennifer L. Soper, St. Joseph, MO, for appellant.

Steven E. Skinner, Maryville, MO, for respondent.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Ellen Rochelle Buttercase appeals from the judgment entered by the Circuit Court of Atchison County, Missouri, denying her Motion to Reopen the Evidence, Vacate the Judgment or, in the Alternative, Motion for New Trial. Finding no error, we affirm in this *per curiam* order and have